IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MAGGI LIECHTY,<br><br>Plaintiff,<br><br>vs.<br><br>GEICO INDEMNITY COMPANY,<br><br>Defendant. | CV 16-107-M-DLC-JCL<br><br>ORDER |

Pursuant to the Stipulation for Dismissal with Prejudice (Doc. 12),

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorneys' fees. All deadlines are VACATED and any pending motions are DENIED as moot.

DATED this 15th day of November, 2016.

Dana L. Christensen, Chief Judge
United States District Court

1